[No. 6671–8–II.   Division Two.   November 19, 1984.]

AUBURN ENTERPRISES, INC., *Appellant,* v. DONALD
OLINE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 81–2–01268–5, Floyd V. Hicks, J., entered
October 4, 1982. *Affirmed* by unpublished opinion per
Reed, J., concurred in by Worswick, A.C.J., and Petrie, J.

[No. 13290–3–I.   Division One.   November 19, 1984.]

*In the Matter of the Personal Restraint of*
SIMON LEWIS DEARBONE, *Petitioner.*

The unpublished opinion in this cause, which was filed
on October 1, 1984, is *withdrawn* by order dated November
19, 1984.

[No. 6430–8–II.   Division Two.   November 26, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD
M. BELLAMY, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 81–1–00467–7, Terence Hanley, J., entered
June 17, 1982. *Affirmed* by unpublished opinion per Wors-
wick, A.C.J., concurred in by Petrie and Reed, JJ.

[No. 11350–0–I.   Division One.   November 26, 1984.]

GARY ANDERSON, ET AL, *Respondents,* v. AMERICAN
CONSULTING AND DESIGN SERVICES, INC.,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 80–2–14700–5, Warren Chan, J., entered Janu-
ary 20, 1982. *Affirmed* by unpublished opinion per Schol-
field, J., concurred in by Durham, C.J., and Callow, J.